No. 10–8470. PHILLIPS v. ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL.; and

No. 10–8502. PORTALATIN v. GRAHAM, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of these petitions.

No. 10–8489. MCPHERSON v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–8640. WASHINGTON v. ALLISON, ACTING WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–8890. CRUZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–8996. FLECK v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9021. URENA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–136. HOREL, WARDEN v. SOLORIO VALDOVINOS, ante, p. 1196;

No. 10–505. STEVENS v. ESTATE OF MYERS, ante, p. 1136;

No. 10–598. KLEINHAMMER v. CITY OF PASO ROBLES, CALIFORNIA, ET AL., ante, p. 1179;

No. 10–599. ONYEABOR v. CENTENNIAL POINTE OWNER'S ASSN. ET AL., ante, p. 1138;

No. 10–622. S&M BRANDS, INC., ET AL. v. CALDWELL, ATTORNEY GENERAL OF LOUISIANA, ante, p. 1270;

No. 10–664. JOYCE v. J. C. PENNEY CORP., INC., ante, p. 1201;

No. 10–707. ROOS v. ROOS, ante, p. 1201;

No. 10–6518. HITCHCOCK v. JACKSON, WARDEN, ante, p. 1033;